Same case below, 388 Fed. Appx. 556.

Same case below, 387 Fed. Appx. 608.

**No. 10-8184. Peter Murray, Petitioner v. Ganna Gil.**

562 U.S. 1259, 131 S. Ct. 1575, 179 L. Ed. 2d 479, 2011 U.S. LEXIS 1891.

February 28, 2011. Petition for writ of certiorari to the Supreme Court of Florida denied.

Same case below, 46 So. 3d 566.

**No. 10-8235. Louis Polanco, Petitioner v. Georgia.**

562 U.S. 1259, 131 S. Ct. 1575, 179 L. Ed. 2d 479, 2011 U.S. LEXIS 1738.

February 28, 2011. Petition for writ of certiorari to the Supreme Court of Georgia denied.

**No. 10-8223. Corazon S. Pascual, Petitioner v. Michael J. Astrue, Commissioner of Social Security.**

562 U.S. 1259, 131 S. Ct. 1575, 179 L. Ed. 2d 479, 2011 U.S. LEXIS 1884.

February 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-8237. Jesus Munoz-Padilla, Petitioner v. Illinois.**

562 U.S. 1259, 131 S. Ct. 1576, 179 L. Ed. 2d 479, 2011 U.S. LEXIS 1722.

February 28, 2011. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied.

**No. 10-8226. Jeffery Thigpen, Petitioner v. United States District Court for the District of Minnesota.**

562 U.S. 1259, 131 S. Ct. 1593, 179 L. Ed. 2d 479, 2011 U.S. LEXIS 1828.

February 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 10-8239. Darlene C. Amrhein, Petitioner v. La Madeleine, Inc.**

562 U.S. 1259, 131 S. Ct. 1576, 179 L. Ed. 2d 479, 2011 U.S. LEXIS 1787.

February 28, 2011. Petition for writ of certiorari to the Court of Appeals of Texas, Fifth District, denied.

**No. 10-8227. Norman V. Whiteside, Petitioner v. Jondrea Parrish, et al.**

562 U.S. 1259, 131 S. Ct. 1575, 179 L. Ed. 2d 479, 2011 U.S. LEXIS 1853.

February 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 10-8245. Lazaro Despaigne Borrero, Petitioner v. United States, et al.**

562 U.S. 1259, 131 S. Ct. 1576, 179 L. Ed. 2d 479, 2011 U.S. LEXIS 1826.

February 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.